Joshua B. Shiffrin*
Elisabeth Oppenheimer*
**BREDHOFF & KAISER, P.L.L.C.**
805 15th Street, N.W., Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
jshiffrin@bredhoff.com
eoppenheimer@bredhoff.com
*admitted *pro hac vice*

Katherine McDonough (SBN 241426)
George M. Kraw (SBN 71551)
**KRAW LAW GROUP, APC**
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES BAKERY; MOUNTAIN STATES BAKERIES LLC; CENTRAL CALIFORNIA BAKING COMPANY,<br><br>Defendants. | Case. No. 1:20-cv-01587-DAD-BAM<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER** |

The parties, by and through counsel, STIPULATE to continue the mandatory scheduling conference presently set for March 16, 2021, for at least twenty-eight (28) days or until the Court rules on Defendants' forthcoming motion to transfer.

In support of this request, the parties state as follows:  Defendants plan to file by March 9, 2021 a motion to transfer the case to the District of Oregon under 28 U.S.C. § 1404.  Plaintiffs

will consent to the motion to transfer.  If the Court grants the motion to transfer pursuant to 28 U.S.C. § 1404(a), it will be unnecessary to hold the mandatory scheduling conference.

Accordingly, the parties respectfully request that the Court continue the joint scheduling conference for at least twenty-eight (28) days or until the Court rules on the motion to transfer.

Dated:  March 5, 2021

| TONKON TORP LLP<br><br>By */s/ Steven M. Wilker (as authorized on 3/5/2021)*<br>    Steven M. Wilker (SBN 150946)<br>    Attorneys for Defendants | KRAW LAW GROUP, APC<br><br>By */s/ Katherine McDonough*<br>    Katherine McDonough (SBN 241426)<br>    George M. Kraw (SBN 71551)<br>    Attorneys for Plaintiff |
|---|---|
|  | BREDHOFF & KAISER P.L.L.C.<br><br>By */s/ Joshua B. Shiffrin*<br>    Joshua B. Shiffrin, Admitted *Pro Hac Vice*<br>    Elisabeth Oppenheimer, Admitted *Pro Hac Vice*<br>    Attorneys for Plaintiff |

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the mandatory scheduling conference currently set for March 16, 2021, is HEREBY CONTINUED to **June 16, 2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  At least one (1) full week prior to the conference, the parties shall file a Joint Scheduling Report.  The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID and password are confidential and are not to be shared.  Appropriate court attire required.
IT IS SO ORDERED.

Dated:  **March 8, 2021**            /s/ *Barbara A. McAuliffe*          _
                                                 UNITED STATES MAGISTRATE JUDGE